USDC SCAN INDEX SHEET










MEG    9/7/99    8:03

3:99-CR-00029   USA V. NIKKHAH

*38*

*CRINDISPS.*

FILED

99 SEP -2 PM 3:34

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 1998 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 99CR0029 H |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | **(2nd Superseding)** |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 286 - |
| KASRA NIKKHAH (1), ) | Conspiracy; Title 18, U.S.C., |
| MICHAEL PERSAUD (2), ) | Sec. 1341 - Mail Fraud; Title 18, |
| ) | U.S.C., Sec. 287 - False Claims; |
| Defendant. ) | Title 18, U.S.C., Sec. 2 - |
| ) | Aiding and Abetting |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

1.  At all times material to this indictment, defendant KASRA NIKKHAH, doing business as NRG Environmental Health and Safety ("NRG"), analyzed asbestos air samples in his apartment at 371 Gravilla, La Jolla, California.

2.  At all times material to this indictment, defendant KASRA NIKKHAH was a subcontractor for Controlled Environmental Systems, Inc. ("CESI"), with the job of analyzing asbestos air samples on U.S. Navy contract N63387-95-B-0143.

//

MKP:cks:San Diego
9/1/99

38

3. At all times material to this indictment, defendant MICHAEL PERSAUD analyzed asbestos air samples for NRG under the Navy contract, and prepared testing reports under a false name, knowing that he was not on the American Industrial Hygiene Association's Asbestos Analyst Registry, as required by the Navy contract.

<u>Count 1</u>

Paragraphs 1-3 of the Introductory Allegations are incorporated herein as if set forth in full.

Between on or about May 1, 1996, and on or about September 13, 1996, within the Southern District of California, defendants MICHAEL PERSAUD and KASRA NIKKHAH conspired to defraud the United States Department of the Navy, by obtaining and aiding to obtain payment of a false, fictitious and fraudulent claim.

As the method and means of said conspiracy, defendant KASRA NIKKHAH, doing business as NRG Environmental, was a subcontractor to CESI on a U.S. Navy contract. NRG Environmental performed asbestos air sample testing on Navy buildings that had undergone renovation, including asbestos removal.

As a further method and means of the conspiracy, defendant MICHAEL PERSAUD, on behalf of NRG, prepared testing reports under a false name, knowing that he was not on the American Industrial Hygiene Association's Asbestos Analyst's Registry, as required by the Navy contract. These test reports would be submitted to the United States Department of the Navy by the prime contractor, CESI, after they were received from NRG.

//
//
//

CESI thereafter submitted invoices for payment to the Navy. Such invoices would be paid by the Navy after receipt of acceptable asbestos air sample testing results from a purported qualified analyst.

## OVERT ACTS

The following overt acts, among others, were committed within the Southern District of California in furtherance of the conspiracy:

1. On or about March, 1996, in San Diego, defendant KASRA NIKKHAH agreed to conduct asbestos air sample testing on the Navy contract for CESI.

2. On or about March, 1996, in San Diego, defendant KASRA NIKKHAH sent an asbestos air sample testing report for Asbestos Analyst Registry participation in a false name to the American Industrial Hygiene Association.

3. On or about between March, 1996, and May, 1996, in San Diego, defendant KASRA NIKKHAH directed defendant MICHAEL PERSAUD to prepare asbestos air sample testing reports under a false name, to be submitted to the Navy, under the CESI contract.

4. On or about May 29, 1996, in San Diego, defendant MICHAEL PERSAUD prepared asbestos air sample testing reports, using a false name.

5. On or about July 19, 1996, in San Diego, defendant MICHAEL PERSAUD prepared asbestos air sample testing reports, using a false name.

6. On or about July 22, 1996, in San Diego, defendant MICHAEL PERSAUD prepared asbestos air sample testing reports, using a false name.

//

7. On or about August 5, 1996, in San Diego, defendant MICHAEL PERSAUD prepared asbestos air sample testing reports, using a false name.

8. On or about August 15, 1996, in San Diego, defendant MICHAEL PERSAUD prepared asbestos air sample testing reports, using a false name.

9. On or about September 5, 1996, defendant KASRA NIKKHAH sent an invoice to CESI, requesting payment for the asbestos air sample testing.

All in violation of Title 18, United States Code, Section 286.

## Counts 2-6

Paragraphs 1-3 of the Introductory Allegations are incorporated herein as if set forth in full.

On or about the dates set forth below in Column A, within the Southern District of California, defendants KASRA NIKKHAH and MICHAEL PERSAUD did devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, representations, and promises.

As a part of said scheme and artifice to defraud, the defendants, knowing that they did not qualify under the Navy's contractual requirements for testing laboratories and analysts, submitted analytical reports of asbestos sampling to the government which indicated that the testing had been performed by a person who the defendants knew had not in fact performed the tests.

//
//
//
//

On the dates set forth below in Column A, for purposes of executing such scheme and artifice, defendants KASRA NIKKHAH and MICHAEL PERSAUD, having devised a scheme and artifice to defraud, did knowingly cause to be delivered by mail according to the direction thereon certain mail matter, to wit, checks in payment for invoices for services, as set forth below in Column B, to be delivered by the Postal Service:

| Count | Column A (date) | Column B (mail matter) |
|---|---|---|
| 2 | 9-9-96 | check #5234-23103775 for payment for CESI invoice 01, delivery order 13; |
| 3 | 9-4-96 | check #5234-23102195 for payment for CESI invoice 01, delivery order 14; |
| 4 | 9-12-96 | check #5234-23105141 for payment for CESI invoice 01, delivery order 16; |
| 5 | 9-16-96 | check #5234-23106129 for payment for CESI invoice 01, delivery order 17; |
| 6 | 9-27-96 | check #5234-23111437 for payment for CESI invoice 001, delivery order 11; check #5234-23111436 for payment for CESI invoice 001, delivery order 19. |

All in violation of Title 18, United States Code, Sections 1341 and 2.

//

5

## Counts 7-12

Paragraphs 1-3 of the Introductory Allegations are incorporated herein as if set forth in full.

On or about the dates set forth below in Column A, within the Southern District of California, defendants KASRA NIKKHAH and MICHAEL PERSAUD, doing business as NRG Environmental, did cause to be made and presented to the United States Department of the Navy, a department of the United States, claims against the United States, as set forth below in Column B, knowing such claims to be false, fictitious and fraudulent, in that certain samples were not analyzed by the registered tester reported to be the analyst:

| Count | Column A (date) | Column B (claim) |
|---|---|---|
| 7 | 8-26-96 | CESI invoice 001, delivery order 11 |
| 8 | 6-10-96 | CESI invoice 01, delivery order 13 |
| 9 | 6-10-96 | CESI invoice 01, delivery order 14 |
| 10 | 8-12-96 | CESI invoice 01, delivery order 16 |
| 11 | 8-12-96 | CESI invoice 01, delivery order 17 |
| 12 | 9-10-96 | CESI invoice 001, delivery order 19 |

All in violation of Title 18, United States Code, Sections 287 and 2.

## Counts 13-20

Paragraphs 1-3 of the Introductory Allegations are incorporated herein as if set forth in full.

On the dates set forth below in Column A, within the Southern District of California, defendants KASRA NIKKHAH and MICHAEL PERSAUD did, in a matter within the jurisdiction of the United States Department of Defense, knowingly and willfully make and use a false writing and document, as set forth below in Column B, knowing the same

to contain a materially false statement and entry, to wit: the sample analyst was falsely identified as AAR registered analyst Turkan Moinizand;

| Count | Column A (date) | Column B (document) |
|---|---|---|
| 13 | 7-19-96 | report of analysis of sample 73003 |
| 14 | 7-22-96 | report of analysis of sample 73004 |
| 15 | 7-30-96 | report of analysis of sample 73009 |
| 16 | 8-1-96 | report of analysis of sample 73010 |
| 17 | 8-5-96 | report of analysis of sample 73016 |
| 18 | 8-6-96 | report of analysis of sample 73020 |
| 19 | 8-14-96 | report of analysis of sample 73024 |
| 20 | 8-15-96 | report of analysis of sample 73032 |

All in violation of Title 18, United States Code, Sections 1001(a)(3) and 2.

DATED: September 2, 1999.

A TRUE BILL:

_____
Foreperson

GREGORY A. VEGA
United States Attorney

By: _____
MELANIE K. PIERSON
Assistant U.S. Attorney

7

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**V.**                               **WARRANT FOR ARREST**

Michael Persaud(2)

**CASE NUMBER:** 99cr0029H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Michael Persaud

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition
                                                                                                                  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:286 - Conspiracy
18:1341 - Mail Fraud
18:287 - False Claims
18:2 - Aiding and Abetting

In violation of Title      See Above      United States Code, Section(s)

| Roberta Westdal | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Mayme E. Gomez | 9/3/99 San Diego |
| Signature of Deputy | Date and Location |

Bail fixed at $      no bail set      by      The Honorable The Honorable Cynthia G. Aaron

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |